**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CIVIL ACTION NO. 5:11-CV-372-FL**

| | | |
|---|---|---|
| JACOBI BURT | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO ANSWER** |
| vs. | ) | **PLAINTIFF'S COMPLAINT** |
| | ) | |
| | ) | |
| BAKKALAPULO & ASSOCIATES, P.A. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant Bakkalapulo & Associates, P.A., by and through counsel, and hereby moves this Court to extend the time to answer Plaintiff's Complaint in this action thirty (30) days through and including September 22, 2011.

In support of this Motion, the movant shows unto the Court the following:

1.   The time for answering the Plaintiff's Complaint has not expired and the current deadline is August 23, 2011;

2.   The movant needs additional time to investigate the facts of the matter and respond to the Complaint; and

3.  Counsel for Plaintiff does not oppose this motion.

**WHEREFORE**, the defendant respectfully requests that the Court grant this Motion For An Extension of Time To Answer Plaintiff's Complaint up to and including September 22, 2011.

This the 22nd day of August, 2011.

/s/ Caren D. Enloe
Caren D. Enloe
N.C. State Bar No. 17394
Attorneys for Defendant
Bakkalapulo & Associates, P.A.
Of MORRIS MANNING & MARTIN, LLP
Post Office Box 12768
Research Triangle Park, NC 27709
Telephone: (919)806-2969
Facsimile: (919)806-2057
cenloe@mmmlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.  5:11-CV-372-FL**

JACOBI BURT                                    )
                Plaintiff,                 )
                              )
      vs.                                      )      **CERTIFICATE OF SERVICE**
                              )
BAKKALAPULO & ASSOCIATES, P. A.     )
                              )
                              )
           Defendant.                 )

---

Caren D. Enloe, attorney for the Defendant Bakkalapulo & Associates, P.A., certifies that she served the foregoing **Motion To Extend Time to Answer Plaintiff's Complaint** on the following parties this 22nd day of August, 2011 electronically via CM/ECF as follows:

    Stacie Watson
    Law Office of Stacie Watson
    P.O. Box 1412
    Apex, North Carolina 27502
    swatsonattorney@bellsouth.net
    Attorneys for Plaintiff

    This the 22nd  day of August, 2011

                       /s/ Caren D. Enloe
                       Caren D. Enloe
                       N.C. State Bar No. 17394
                       Attorneys for Defendant
                       Bakkalapulo & Associates, P.A.
                       Of MORRIS MANNING & MARTIN, LLP
                       Post Office Box 12768
                       Research Triangle Park, NC 27709
                       Telephone: (919)806-2969
                       Facsimile: (919)806-2057
                       cenloe@mmmlaw.com